UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER J.M. LEWIS,
   *Plaintiff,*

   v.

LIEUTENANT SIWICKI, ET AL.,
   *Defendants.*

No. 3:13CV495(JAM)

NOVEMBER 23, 2021

## STIPULATION OF DISMISSAL

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff hereby stipulates that this matter may be dismissed, with prejudice and without costs to either party.

Plaintiff,
Christopher Lewis

John R. Williams, Esq.
John R. Williams and Associates, LLC
Federal Bar No. ct00215
51 Elm Street, Suite 409
New Haven, Connecticut 06510
jrw@johnrwilliams.com
Tel: (203) 562-9931

Defendants,
Lieutenant Brian Siwicki and
Captain David Butkiewicus

James W. Caley
Assistant Attorney General
Federal Bar No. ct16768
165 Capitol Avenue
Hartford, Connecticut 06106
james.caley@ct.gov
Tel: (860)-808-5270

## CERTIFICATION

I hereby certify that on November 23, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF.

/s/ James W. Caley
James W. Caley
Assistant Attorney General